IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KRISTEN RYKARD,              )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )      1:10cv868-MHT
                             )
CITY OF DOTHAN,              )
                             )
    Defendant.               )
```

## ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 21), to which no objection has been filed, is adopted.

(2) The defendant's motion to dismiss (doc. no.5) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 1st day of September, 2011.

                              /s/ Myron H. Thompson  
                          UNITED STATES DISTRICT JUDGE