IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| KRISTEN RYKARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:10cv868-MHT |
| | ) | (WO) |
| CITY OF DOTHAN, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant City of Dothan's motion for summary judgment (Doc. No. 23) is granted.

(2) Judgment is entered in favor of defendant City of Dothan and against plaintiff Kristen Rykard, with plaintiff Rykard taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Rykard, for which execution may issue.

**The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of December, 2011.**

                               **/s/ Myron H. Thompson**
                          **UNITED STATES DISTRICT JUDGE**